UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HASSAN RIKER
(Enter above the full name of the plaintiff in this action)

**COMPLAINT**

v.

CMS INC. et al. / NJDOC /CTP
MR. John DOE Paul
Sgt. John DOE Dircks, Sgt. John DOE Vessel,
Sgt. John DOE Jones, OFFICER John DOE Alexander,
DR. John DOE Reddy, JANE DOE Rhoda, OFFICER John DOE Rembert
(Enter above full name of the defendant or defendants in this action). Sgt. John DOE LAWSON
DR. Elmira Kapchits

Civil Action No. 10-1752 (PGS)
(To be supplied by the clerk of the court)

RECEIVED
APR 5 - 2010
AT 8:30______M
WILLIAM T. WALSH, CLERK

INSTRUCTIONS - READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any questions, attached a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $150.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

If you cannot prepay the $150.00 filing fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth below. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed on *forma pauperis*.)

The Prison Litigation Reform act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the in forma pauperis statue, 28 U.S.C. § 1915. The statue no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed in forma pauperis. A prisoner who is granted leave to proceed in forma pauperis is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this application to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

The PLRA obligates prisoners who are granted in forma pauperis status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $150.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However a prisoner who has no assets and no means by which to pay the initial partial filing fee will not be prohibited from bringing a civil action. 28 U.S.C. § 1915 (b)(4).

Each prisoner plaintiff who desires to proceed in forma pauperis must submit the following to the Clerk of the Court.

a. a completed, signed, and dated application to proceed in forma pauperis (attached hereto); and

b. a certified copy of your prison account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

7. If your application to proceed in forma pauperis does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint, which you have submitted, will be forwarded by the Clerk to the United State.

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (CHECK ONE)

__✓__ 42 U.S.C. § 1983 (applies to state prisoners)

______ Bivens v. Six Unknown Named Agent of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statues, list these below:

42 U.S.C § 12132 Discrimination

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each action or appeal you have brought in federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger or serious physical injury. See 28 U.S.C. § 1915 (g).

a. Parties to previous lawsuit:

Plaintiff(s): ______________________________

Defendant(s): ______________________________

b. Court and docket number: ______________________________

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

d. Approximate date of filing lawsuit: ______________________

e. Approximate date of disposition: ______________________

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? ~~East Jersey State Prison (EJSP)~~ South Woods state Prison

4. Parties
(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff's if any)

a. Name of Plaintiff: Hassan Riker

Address: ~~E.J.S.P. Lock Bag R. Rahway, NJ 07065~~ / home 1334 5th Ave. 2nd Fl., Schenectady, N.Y. 12303 / 215 Burlington Rd. South, Bridgeton, NJ 08302

Inmate #: 607056 / SBI # 981118-B

b. First Defendant – name: Elmira Kapchits & Narsimha Reddy

Official position: Dr.'s

Place of employment: East Jersey State Prison

How is this person involved in the case?
(i.e. what are you alleging that this person did or did not do that violated your constitutional rights?) Dr. Elmira Kapchits & Dr. Narshimha Reddy evaluated me and okay'ed me to stay in the facility which was not handicapped accessible, nor did they have the medical supply's such as catheters that I need to urinate. Nor did they have a proper toilet to deficate, nor did they have a handicapped shower for me to thuroughly cleanse myself.

FORM TO BE USED BY A PRISONER FILING A
CIVIL RIGHTS COMPLAINT

c. Second Defendant – name: MR. John Doe Paul

Official position: Administrator

Place of employment: East Jersey State Prison

How is this person involved in the case?
(i.e. what are you alleging that this person did or did not do that violated your constitutional rights?)

I asked Mr. John Doe Paul about showers, & accessible commodes, and I was ignored and also dropped numerous Request Forms to him, was aware of my special needs.

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name; (2) official position (3) place of employment (4) involvement of this defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes ____ No

If your answer is "Yes", briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I spoke to the Social work and also dropped numerous Remedy Forms asking to get moved to a handicapped accessible Facility, and also wrote a grievance to ADA in trenton.

If your answer is "No", briefly explain why administrative remedies were not exhausted.

______________________________

______________________________

______________________________

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and sat forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.

ON OR AROUND 9/2, OR 9/3/09, I WAS TRANSPORTED FROM S.W.S.P to St. FRANCIS MEDICAL CENTER by CTP OFFICERS, where my medical supplies was lost causing me to re-use single use Catheters. On or around 9/2 or 9/3/09 I arrived at medical East Jersey State Prison where I was evaluated by Dr. Elmira Kapchits, when arrived staff didn't have any supplies I needed (catheters Etc.) nor could I use suppositories to deficate be-cause their where no handicapped accessible cammodes, in fear of deficating on myself I refused to use the laxatives which lead to me not using the bathroom (move bowels) in days till the pain & cramps in my stomach was so unbearable that I told Dr.'s, nurses that I couldn't take it, so suggested I use a plastic bag. On or around 9/6/or 9/7/09 I was moved to the ACSU unit, I was placed in a cell where it was too small for my wheelchair to fit so I was put in another chair where my feet was dragged to get in the cell. The next day, or around that time I was evaluated by Dr. John Doe Reddy

Cont. And where asked me could I crawl to the toilet, and put myself on it, I told him I was a parapellegic, after a few moments they exited.

FORM TO BE USED BY A PRISONER FILING A
CIVIL RIGHTS COMPLAINT

7. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I hereby ask the Hon. Courts to seek Compensatory damages and punitive damages, for Cruel and unusual punishment, pain and suffering, mental anguish caused by act of malice and deliberate negligence as direct results of stomach pains, and in-humane treatment that resulted in unsanitary hygenic negligence, and discrimination.

8. Do you request a jury or non-jury? (Check only one)

(✓) Jury Trail ( ) Non-Jury Trail

I declare under penalty of perjury that the foregoing is true and correct.

Singed this Feb. day of 10, 20 10.

Hassan Rikkr
Signature of Plaintiff

EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINE IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

**BarCode Print Date:**
**03/10/10 09:47:48**

DRICHARDS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HASAN RIKER,
Plaintiff

v.

NEW JERSEY DEPARTMENT OF CORRECTIONS
John Doe Paul, Administrator East Jersey
Sgt. John Doe Dircks, Sgt. John
Doe Vessel, Sgt. John Doe Jones,
Officer John Doe Alexander
Dr. John Doe Reddy, Jane Doe Rhoda, Nurse
Officer John Doe Rembert, Sgt. John Doe
Lawson
Defendants

**COMPLAINT**
**Civil Action**
No. 10-1752 (PGS)

This is a Civil Rights Action filed by, Hasan Riker, a state prisoner, for changes and injunctive relief under 42 U.S.C. 1983, alleging cruel and unusual punishment and denial of medical care in violation of the Eighth Amendments of the United States Constitution and the, New Jersey State Constitution, Art I, Par 9 and 10. Moreover, for refusing and/or neglecting to prevent such deprivations and denials to plaintiff.

The plaintiff also alleges the Law against Discrimination and New Jersey Tort Claim Act, in violation of the laws of the State of New Jersey.

1. **Jurisdiction**

This court has jurisdiction of this action under 42 U.S.C. 1983 claim for violations of the Eighth and Fourteenth Amendments of the U.S. Constitution. Additionally for violation of the right to equal protection, claim of conspiracy, New Jersey Civil Rights Act under N.J.S.A. 10:6-1 et seq., New Jersey Law Against Discrimination claim under N.J.S.A. 10:5-1 et seq.

**All the above named defendants have acted and continue to act, under color of state law at all times relevant to this complaint.**

2. **Parties**

a. Name of Plaintiff: Hasan Riker
Address: 215 Burlington Road South Bridgeton, N.J. 08302

b. **First Defendant - Name: John Doe Paul**
Official Position: Administrator
Place of Employment: East Jersey State Prison

How are these people involved in this case?

Several remedies and/or verbal complaints were filed with the above named defendant. This individual was aware of the plaintiff's special needs classification and failed to act according to prison protocol.

c. **Second Defendant - Name: Dr. John Doe Reddy**
Official Position: Physician
Place of Employment: East Jersey State Prison

How is this person involved in this case?

This defendant examined the plaintiff and gave the above named facility the authorization to detain the plaintiff in the Administrative Segregation Unit of East Jersey State Prison.

**d. Third Defendant-Name: John Doe Dircks**
Official Position: Sergeant
Place of Employment: East Jersey State Prison

How is this person involved in this case?

Inmates stated his special needs to person and were neglected.

**e. Fourth Defendants-Name: John Doe Vessel**
Official Position: Sergeant
Place of Employment: Ease Jersey State Prison

How is this person involved in this case?
Inmate stated his special needs to person and was neglected.

**f. Fifth Defendants-Name: John Doe Jones**
Official Position: Sergeant
Place of Employment: East Jersey State Prison

How is this person involved in this case?

g. **Sixth Defendant - Name: John Doe Alexander**
Official Position: Senior Officer
Place of Employment: East Jersey State Prison

How are these people involved in this case?

First shift officer neglected to assist plaintiff in special needs.

h. **Seventh Defendant - Name: Jane Doe Rhoda**
Official Position: Nurse
Place of Employment: East Jersey State Prison

How is this person involved in this case?

Refused plaintiff medical treatment and assistance in special needs situations.

i. **Eighth Defendant-Name: John Doe Rembert**
Official Position: Corrections Officer

Place of Employment: East Jersey State Prison

How is this person involved in this case?
Denied plaintiff assistance and medication.

j. **Ninth Defendants-Name: John Doe Lawson**
Official Position: Sergeant
Place of Employment: East Jersey State Prison

How is this person involved in this case?

Inmate stated his special needs were neglected.

***The above named defendants have acted, and continue to act, under color of State law and are to be sued in their individual and official capacities.***

**STATEMENT OF CLAIMS**

Plaintiff Hasan Riker an African-American inmate who is wheelchair bound and classified as special needs by standards of the Americans with Disabilities Act (ADA) above named defendants have violated his rights and, states as follows: